■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NANCY MARIN, Appellant. [10 NYS3d 913]—Appeal from a judgment of the County Court of Washington County (McKeighan, J.), rendered March 15, 2013, convicting defendant upon her plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

In satisfaction of a three-count indictment, defendant pleaded guilty to criminal sale of a controlled substance in the third degree and waived her right to appeal. In accordance with the plea agreement, she was sentenced to six years in prison, to be followed by two years of postrelease supervision. Defendant now appeals.

Appellate counsel seeks to be relieved of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Peters, P.J., Rose, Lynch and Clark, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.